UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JACK SPAULDING, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-49-RLY-TAB |
| | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| DEPARTMENT OF METROPOLITAN | ) | |
| DEVELOPMENT - CODE COMPLIANCE, | ) | |
|     Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN PART**

Defendant, City of Indianapolis, Department of Metropolitan Development, Code Compliance, moves to dismiss Count II of Plaintiff Jack Spaulding's Complaint for failure to state a claim under the Family and Medical Leave Act ("FMLA") for failure to restore. In Count II, Plaintiff alleges that he was denied educational benefits to which he was entitled, and would have received, had he not taken FMLA leave. The parties dispute whether the educational training of which he complains – specifically, required training to maintain his "Special Duty" powers that enabled him to perform certain functions of his job as a Building Inspector – is a benefit that would have accrued during his leave. The parties also dispute whether Plaintiff's training constitutes an actionable change in position or loss of benefits. These are the type of fact-sensitive issues that are best left for

further development on summary judgment.  Accordingly, Defendant's Motion should be

**DENIED**.


**SO ORDERED** this  29th   day of March 2006.

_____  
RICHARD L. YOUNG, JUDGE  
United States District Court  
Southern District of Indiana

Electronic Copies to:

Robin C. Clay
OFFICE OF CORPORATION COUNSEL
rclay@indygov.org

Philip J. Gibbons Jr.
HASKIN LAUTER LARUE & GIBBONS
pgibbons@hlllaw.com

Allison Wells Gritton
OFFICE OF CORPORATION COUNSEL
agritton@indygov.org

Christopher S. Wolcott
HASKIN LAUTER LARUE & GIBBONS
cwolcott@hlllaw.com